McGuireWoods LLP
7 Saint Paul Street
Suite 1000
Baltimore, MD 21202-1671
Phone 410.659.4400
Fax 410.659.4599
www.mcguirewoods.com

Elena D. Marcuss
Direct: 410.659.4494

# McGUIREWOODS

emarcuss@mcguirewoods.com
Direct Fax: 410.659.4547

April 26, 2001

**Via Hand Delivery**

The Honorable Marvin J. Garbis
United States District Court Judge
United States District Court
   for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland  21201

      Re.:    Dana H. Fraction v. Bank of America
            Civil Action No. MJG 00-1226

Dear Judge Garbis:

     Please accept this letter as a follow up to the Joint Status Report submitted by the parties in the above referenced matter on April 18, 2001.  As was indicated in the Status Report, the parties met this morning to take the Plaintiff's deposition.  Less than half an hour after starting, the Plaintiff became quite upset.  After taking a long break, counsel for the parties determined that the Plaintiff was too upset to continue her deposition today.

     Accordingly, the parties jointly request that the Court extend the deadline for the submission of dispositive pre-trial motions, currently set for May 21, 2001, until July 20, 2001 to allow them to reschedule and finalize the Plaintiff's deposition.

     The parties thank the Court for its attention to and consideration of this matter.  Please feel free to call the undersigned should there be any questions.

                         Respectfully submitted,

                         *Elena D. Marcuss*
                         Elena D. Marcuss

cc:    Charles A. Fineblum, Esquire  (via facsimile)

So ORDERED this _30/H_ day of May 2001,

_____
Marvin J. Garbis, United States District Court Judge